# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | * |
| **PAE APPLIED TECHNOLOGIES, LLC, et al.,** | * |
| | * |
| Protestors, | * |
| v. | * |
| **UNITED STATES,** | * |
| Defendant, | * |
| | * |
| **AMENTUM SERVICES, INC.,** | * |
| | * |
| Defendant-Intervenor. | * |
| * * * * * * * * * * * * * * * * * | * |

**Nos. 20-1324C; 20-1325C
Filed: November 2, 2020**

## O R D E R

On November 2, 2020, defendant filed a notice in the above captioned bid protests indicating that the Navy was going to take corrective action. On November 2, 2020, the court held a hearing, and defendant reiterated that after corrective action, the offerors could submit new cost proposals, the agency would evaluate the cost proposals and the contracting officer would conduct a new best-value determination, in accordance with the solicitation's requirements, to make a new source selection decision based upon the results of that determination. At the hearing, after Navy representatives confirmed the current award to Amentum Services, Inc. would be cancelled, all parties agreed dismissal of the above captioned bid protests without prejudice would be appropriate. Therefore, the court **DISMISSES** the above captioned protests, PAE Applied Technologies, LLC v. United States, Case No. 20-1324C and Joint Integrated Range Solutions, LLC v. United States, Case No. 20-1325C without prejudice. The Clerk's Office shall enter judgment consistent with this Order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN
Judge**